**RAILWAY EXPRESS AGENCY, movant v. J. P. BISHOP, opposed.**

Court of Appeals of Kentucky.
Nov. 16, 1951.

Lewis & Weaver, London, for movant.
Roy W. House, Manchester, for opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.